# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

MUNICIPAL POLICE EMPLOYEES'
RETIREMENT SYSTEM

VERSUS

PARIS C. SUMRALL, IN HER
OFFICIAL CAPACITY AS MAYOR
FOR THE VILLAGE OF VARNADO
AND JAMES L. EZELL, KIMBERLY
KENNEDY, AND BRIAN WALKER,
IN THEIR CAPACITIES AS
MEMBERS OF THE BOARD OF
ALDERMAN FOR THE VILLAGE OF
VARNADO

NO.   2025 CW 1301

MARCH 9, 2026

---

In Re:     Mayor  Paris  Sumrall,  and  James  L.  Ezell,  Kimberly
           Kennedy,  and  Brian  Walker,  in  their  capacities  as
           members of the Board of Aldermen for the Town of Varnado,
           and the Town of Varnado, applying for supervisory writs,
           19th  Judicial  District  Court,  Parish  of  East  Baton
           Rouge, No. 739462.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**

                         **SMM**
                         **BDE**
                         **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT